of Oneida, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William F. Dowling* and *Salvador J. Capecelatro* for appellant.

*Charles L. De Angelis, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Transfer Tax upon the Estate of JOSEPH R. DE LAMAR, Deceased.

STATE TAX COMMISSION, Appellant; WILLIAM N. CROMWELL et al., as Executors, et al., Respondents.

*Tax — transfer tax — devise by testator of more than one-half of estate to charity — where daughter, who is sole heir and next of kin, raises no objection and waives her right to inherit, transfer tax may not be imposed upon amount which otherwise would have passed to her.*

*Matter of De Lamar (Estate),* 203 App. Div. 638, affirmed.

(Argued June 4, 1923; decided July 13, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1922, which reversed so far as appealed from an order 'of the New York County Surrogate's Court assessing a transfer tax upon the estate of Joseph R. De Lamar, deceased. Testator left a daughter as his sole heir at law and next of kin. He devised more than one-half of his estate to charitable institutions. The surrogate held that under section 17 of the Decedent Estate Law such portion of the estate so devised as exceeded one-half thereof passed to the daughter and was taxable as against her, notwithstanding there was no objection by the daughter to the devise of the residuary estate as aforesaid, and that there was submitted to the surrogate a waiver by said daughter of all her rights under said section 17.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for appellant.

*Nathan L. Miller* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. .

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE-VALE REALTY COMPANY, INC., Appellant, *v.* ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings of the Borough of Brooklyn, City of New York, Respondent.

MIDWOOD MANOR ASSOCIATION et al., Interveners, Respondents.

*Appeal — unanimous affirmance of order denying peremptory order of mandamus — appeal to Court of Appeals dismissed.*

*Matter of Rosevale Realty Co.* v. *Kleinert,* 206 App. Div. 712, appeal dismissed.

(Argued June 4, 1923; decided July 13, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 11, 1923, which unanimously affirmed an order of Special Term denying a motion for a peremptory order of mandamus. It did not appear that the order was denied upon the law.

*Benjamin Reass, I. Henry Kutz, Hugo Hirsh* and *Emanuel Newman* for appellant.

*George P. Nicholson, Corporation Counsel (Charles J. Druhan* and *Joseph P. Reilly* of counsel), for superintendent of buildings, respondent.

*J. George Silberstein* and *James Marshall* for interveners, respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: CARDOZO, J.